

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-0967-15

**GENARO GALVAN ACOSTA, JR., Appellant**

**v.**

**THE STATE OF TEXAS**

**ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
FROM THE THIRTEENTH COURT OF APPEALS
LIVE OAK COUNTY**

PER CURIAM. KEASLER and HERVEY, JJ., dissent.

### ORDER

The petition for discretionary review violates Rule of Appellate Procedure 68.4(j), because it does not contain a complete copy (missing dissenting opinion) of the opinion of the court of appeals.

The petition is struck. See Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: November 18, 2015
Do Not Publish